# AMO TX2 LLC

## Balance Sheet
### As of May 3, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     AMO TX2 Operating (7009) | 15,097.08 |
|     AMO TX2 Payroll (7012) | 6,906.01 |
|     ANBTX Checking (7656) | 0.00 |
|   **Total Bank Accounts** | **$22,003.09** |
|   Accounts Receivable | |
|     Delivery | 1,617.81 |
|   **Total Accounts Receivable** | **$1,617.81** |
|   Other Current Assets | |
|     Cash On Hand (Bank/Tills) | 1,200.00 |
|     Due From AMO TX3 LLC | 37,500.00 |
|   **Total Other Current Assets** | **$38,700.00** |
|   **Total Current Assets** | **$62,320.90** |
|   Fixed Assets | |
|     Equipment & Furniture | 441,580.62 |
|     Leasehold Improvements | 42,980.47 |
|   **Total Fixed Assets** | **$484,561.09** |
|   Other Assets | |
|     DQ License | 45,000.00 |
|     Security Deposit | 8,744.50 |
|   **Total Other Assets** | **$53,744.50** |
| **TOTAL ASSETS** | **$600,626.49** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|   Accounts Payable | |
|     Accounts Payable (A/P) | 15,907.75 |
|   **Total Accounts Payable** | **$15,907.75** |
|   Credit Cards | |
|     Corp*0869 | 0.00 |
|       Birant MC*7425 | 0.00 |
|       Ned MC*2849 | 5,178.74 |
|   **Total Corp*0869** | **5,178.74** |

# AMO TX2 LLC

## Balance Sheet
As of May 3, 2023

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | **$5,178.74** |
| Other Current Liabilities |  |
|   2022 Property Tax Note Payable to Landlord | 36,067.43 |
|   Donations/Round Ups | 44.26 |
|   Due to AMO Holdings LLC | 30,000.00 |
|   Due to AMO TX1 LLC | 4,000.00 |
|   Due To Brian Amira | 0.00 |
|   Gift Card Liabilities | -386.92 |
|   Loan from related Party - Ned | 15,000.00 |
|   Sales Tax Payable | 7,715.71 |
|   Use Tax Payable | 0.00 |
| **Total Other Current Liabilities** | **$92,440.48** |
| **Total Current Liabilities** | **$113,526.97** |
| Long-Term Liabilities |  |
|   ADQ Note Payable | 33,025.38 |
|   ANBTX Payable-SBA*2391 | 180,000.00 |
|   ANBTX Payable-SBA*6583 | 520,514.57 |
| **Total Long-Term Liabilities** | **$733,539.95** |
| **Total Liabilities** | **$847,066.92** |
| Equity |  |
|   Retained Earnings | -255,726.07 |
|   Net Income | 9,285.64 |
| **Total Equity** | **$ -246,440.43** |
| **TOTAL LIABILITIES AND EQUITY** | **$600,626.49** |