# AMO TX2 LLC

## Profit and Loss
January - April, 2023

|  | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
|   Sales | 66,342.29 | 61,866.49 | 83,715.28 | 87,450.13 | $299,374.19 |
|   Discounts and Coupons | -1,420.70 | -1,373.49 | -1,720.70 | -3,809.23 | $ -8,324.12 |
|   Sales of Product Income - Delivery | | | | | $0.00 |
|     Sales of Product Income - Delivery (POS) | 8,854.06 | 7,062.80 | 8,755.30 | 7,878.30 | $32,550.46 |
|     Sales of Product Income - Delivery Differences | 685.38 | -66.12 | 38.58 | -131.97 | $525.87 |
|   **Total Sales of Product Income - Delivery** | **9,539.44** | **6,996.68** | **8,793.88** | **7,746.33** | **$33,076.33** |
|   Voids | -1,223.19 | -518.92 | -413.66 | -661.14 | $ -2,816.91 |
|   **Total Sales** | **73,237.84** | **66,970.76** | **90,374.80** | **90,726.09** | **$321,309.49** |
|   Surcharge | | | | 647.85 | $647.85 |
| **Total Income** | **$73,237.84** | **$66,970.76** | **$90,374.80** | **$91,373.94** | **$321,957.34** |
| **Cost of Goods Sold** | | | | | |
|   Product & Supplies | 25,859.25 | 21,329.93 | 33,591.25 | 28,480.53 | $109,260.96 |
| **Total Cost of Goods Sold** | **$25,859.25** | **$21,329.93** | **$33,591.25** | **$28,480.53** | **$109,260.96** |
| **GROSS PROFIT** | **$47,378.59** | **$45,640.83** | **$56,783.55** | **$62,893.41** | **$212,696.38** |
| **Expenses** | | | | | |
|   Advertising & Marketing-DQ | 1,322.17 | 1,173.15 | 1,579.75 | | $4,075.07 |
|   Advertising & Marketing-Local | 185.43 | | | | $185.43 |
|   Bank Charges & Fees | 43.19 | 5.00 | 71.00 | 16.00 | $135.19 |
|   Delivery Fees | 73.37 | 62.34 | 91.44 | 50.00 | $277.15 |
|   DQ Royalty Fee | 3,022.10 | 2,681.48 | 3,610.87 | | $9,314.45 |
|   Dues & Subscriptions | | | 189.45 | | $189.45 |
|   Equipment Rent & Lease | 229.00 | 229.00 | 229.00 | 229.00 | $916.00 |
|   Food Delivery Fees & Taxes | | | | | $0.00 |
|     Doordash Delivery Fees & Taxes | 1,495.23 | 1,073.59 | 1,330.27 | 1,069.71 | $4,968.80 |
|     Grubhub Delivery Fees & Taxes | 48.34 | 55.32 | 48.64 | 72.13 | $224.43 |
|     Uber Delivery Fees & Taxes | 497.06 | 336.85 | 503.65 | 515.44 | $1,853.00 |
|   **Total Food Delivery Fees & Taxes** | **2,040.63** | **1,465.76** | **1,882.56** | **1,657.28** | **$7,046.23** |
|   Insurance | | | | | $0.00 |
|     P&C Insurance | 2,401.57 | 3,016.00 | 2,990.00 | 2,812.75 | $11,220.32 |
|     WC Insurance | 151.25 | 162.37 | 162.33 | 162.33 | $638.28 |
|   **Total Insurance** | **2,552.82** | **3,178.37** | **3,152.33** | **2,975.08** | **$11,858.60** |
|   Legal & Professional Services | 27.50 | | | 5,238.00 | $5,265.50 |
|   Management Fees Expense | 1,000.00 | 1,300.00 | 1,000.00 | 2,000.00 | $5,300.00 |
|   Melio Credit card fee | 12.00 | 7.50 | 15.00 | 13.50 | $48.00 |
|   Merchant Account Fees | 1,297.83 | 790.76 | 1,614.04 | 1,551.17 | $5,253.80 |
|   Office Supplies & Software | 67.98 | 67.98 | 67.98 | 1,216.98 | $1,420.92 |
|   Other Business Expenses | 39.05 | | | 87.01 | $126.06 |

# AMO TX2 LLC

## Profit and Loss
### January - April, 2023

| | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Payroll Expenses** | | | | | $0.00 |
|   Payroll - Wages (Crew) | 14,834.93 | 13,630.75 | 18,258.64 | 20,292.39 | $67,016.71 |
|   Payroll - Wages (Manager) | 2,692.30 | 2,674.30 | 2,692.30 | 2,692.30 | $10,751.20 |
|   Payroll Processing Fees | 877.98 | 389.64 | 384.45 | 458.52 | $2,110.59 |
|   Payroll Taxes | 1,969.72 | 1,817.95 | 2,319.01 | 2,393.00 | $8,499.68 |
| **Total Payroll Expenses** | **20,374.93** | **18,512.64** | **23,654.40** | **25,836.21** | **$88,378.18** |
| Pest Control | 119.08 | 119.08 | | | $238.16 |
| Rent & Lease | 7,495.00 | 7,495.00 | 7,495.00 | 7,495.00 | $29,980.00 |
| Repairs & Maintenance | | 364.26 | 3,738.33 | 785.00 | $4,887.59 |
| Security & Alarm | 142.06 | 142.06 | 142.06 | 142.06 | $568.24 |
| Service Contractors | 1,199.17 | 777.66 | 651.93 | 2,386.75 | $5,015.51 |
| Uncategorized Expense | | 200.86 | | | $200.86 |
| Uniforms | | | | 508.09 | $508.09 |
| **Utilities** | | | | | $0.00 |
|   Electric | 1,306.05 | 1,329.05 | 1,391.08 | 1,400.56 | $5,426.74 |
|   Gas | 411.33 | 305.45 | 239.00 | 237.04 | $1,192.82 |
|   Telephone-Internet | 69.98 | 69.98 | 109.98 | 109.98 | $359.92 |
|   Trash | 293.10 | 293.10 | 293.10 | | $879.30 |
|   Water | 650.99 | 318.47 | 404.31 | 561.75 | $1,935.52 |
| **Total Utilities** | **2,731.45** | **2,316.05** | **2,437.47** | **2,309.33** | **$9,794.30** |
| **Total Expenses** | **$43,974.76** | **$40,888.95** | **$52,130.70** | **$53,988.37** | **$190,982.78** |
| **NET OPERATING INCOME** | **$3,403.83** | **$4,751.88** | **$4,652.85** | **$8,905.04** | **$21,713.60** |
| Other Expenses | | | | | |
|   Late Fee | 649.40 | | | | $649.40 |
| **Total Other Expenses** | **$649.40** | **$0.00** | **$0.00** | **$0.00** | **$649.40** |
| **NET OTHER INCOME** | **$ -649.40** | **$0.00** | **$0.00** | **$0.00** | **$ -649.40** |
| **NET INCOME** | **$2,754.43** | **$4,751.88** | **$4,652.85** | **$8,905.04** | **$21,064.20** |