Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 23–40813
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

AMO TX 2, LLC

**NOTICE OF COURT PROCEEDING**

A status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

*Tuesday, June 13, 2023*

at

*10:00 AM*

to consider and act upon document 1 – Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by AMO TX 2, LLC, Chapter 11 Plan due by 08/3/2023.Document Due 05/12/2023.(Liepins, Eric) filed as document number 1 .

Debtor shall file a Pre−Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, May 30, 2023
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Friday, May 12, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court